# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| HARRY W. BOYD, JR., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| HEATH CONSULTANTS , INC., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Heath Consultants Incorporated ("Heath Consultants" or "Defendant"), hereby gives notice of its removal of this action from the Chancery Court of Bradley County, Tennessee, to this Court, which has federal diversity jurisdiction over this action, and states as follows:

1. Plaintiff, Harry W. Boyd, Jr. ("Plaintiff"), originally filed this action on September 9, 2024, in the Chancery Court of Bradley County, Tennessee (the "Chancery Court"), No. 2024-cv-242 (the "Chancery Court Action"). True and correct copies of all process, pleadings, and orders in the Chancery Court Action, including the Complaint, the Summons, and the Waiver of Service of Summons, are attached hereto collectively as Exhibit "A." *See* 28 U.S.C. § 1446(a).

2. This Court, being the district and division of the place where the Chancery Court Action was filed, is the proper forum for removal. *See* 28 U.S.C. § 123(a)(3).

3. This Notice of Removal has been timely filed within thirty (30) days after Heath Consultants waived service of the Summons on September 17, 2024, as reflected in Exhibit "A" attached hereto. *See* 28 U.S.C. § 1446(b)(2)(B)-(C).

4. Heath Consultants will serve written notice of this Notice of Removal to counsel for Plaintiff, as reflected in the accompanying Certificate of Service. *See* 28 U.S.C. § 1446(d). Heath Consultants also will file a copy of this Notice of Removal with the Chancery Court of Bradley County, Tennessee. *See id.*

5. There is complete diversity of citizenship among the parties to this action. *See* 28 U.S.C. § 1332(a)(1), 1441(b).

   a. Plaintiff, who asserts in ¶ 3 of his Complaint that he "currently resides in Bradley County, Tennessee," is a citizen of the State of Tennessee.

   b. On the other hand, Heath Consultants is incorporated in Delaware and maintains its principal place of business in Texas, as Plaintiff acknowledges in ¶ 4 of his Complaint. As a result, Heath Consultants is deemed to be a citizen of the States of Texas and Delaware. *See* 28 U.S.C. § 1332(c)(1).

6. It also is clear from the face of the Plaintiff's Complaint that the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

   a. Plaintiff expressly requests in ¶¶ B and C of his prayer for relief in his Complaint that he "be awarded actual and compensatory damages against Defendant in the amount of $500,000," plus "his reasonable attorney's fees" under the Tennessee Human Rights Act ("THRA"). *See* Tenn. Code Ann. § 4-21-313(a)-(b) (allowing recovery under THRA of up to $300,000 in compensatory damages, plus backpay

2

and front pay); *id.* § 4-21-311(b) (allowing recovery under THRA of "a reasonable fee for the plaintiff's attorney of record").

b. The foregoing "sum demanded in" the Plaintiff's Complaint, which is well in excess of $75,000, "shall be deemed to be the amount in controversy," for removal purposes. 28 U.S.C. § 1446(c)(2).

Accordingly, Heath Consultant has properly removed this cause to this Court on diversity grounds.

Respectfully submitted,

**JACKSON LEWIS, P.C.**

*/s/ Stephen H. Price*
Stephen H. Price (Tenn. Bar No. 014658)
CitySpace
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
Stephen.Price@jacksonlewis.com

Kaya Grace Porter (Tenn. Bar No. 035290)
171 17th Street Northwest, Suite 1200
Atlanta, Georgia  30363
Telephone:  (404) 525-8200
Kaya.Porter@jacksonlewis.com

*Attorneys for Defendant*
*Heath Consultants Incorporated*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October, 2024, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk's office by using its electronic filing system, which will automatically serve the following Plaintiff's counsel of record with a true and correct copy of the same, and also was served via email on Plaintiff's counsel:

Grace E. Danielle, Esq.
P.O. Box 4307
Chattanooga, TN 37405
Telephone: (423) 266-3179
Email:  gedanielle@gracedanielle.com

*/s/ Stephen H. Price*
Stephen H. Price

4